## Commonwealth *v.* Martin, Appellant.

Argued December 9, 1970. *J. Joel Turrell*, for appellant; *James E. Davis*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Miller, Appellant.

Submitted November 9, 1970. *Fred E. Baxter, Jr.*, Assistant Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.